IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PRIME COMMUNICATIONS, L.P.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CAUSE NO. 4:19-CV-00291** |
| **RAGSDALE LIGGETT, P.L.L.C.,** | § § § § | |
| *Defendant*. | § | |

**STIPULATION ON EXTENSION TO FILE RESPONSIVE PLEADINGS**

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's responsive pleadings to Defendant's Motion to Dismiss (Dkt. 3) should be extended to and including March 4, 2019.

Respectfully submitted,

**MAHENDRU, P.C.**

By: _____
Ashish Mahendru
State Bar No. 00796980
amahendru@thelitigationgroup.com
Darren Braun
State Bar No. 24082267
dbraun@thelitigationgroup.com
639 Heights Boulevard
Houston, Texas  77007
Telephone:  (713) 571-1519
Facsimile:   (713) 651-0776

**ATTORNEYS FOR PLAINTIFF
PRIME COMMUNICATIONS, L.P.**

AGREED:

/s/ Stew Schmella
Stew Schmella
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that that on February 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I certify that all parties in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Ashish Mahendru

2